78 A.3d 344

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Tabatha Karina CUADRA, Respondent.

Misc. Docket AG No. 22, Sept. Term, 2013.

Court of Appeals of Maryland.

Oct. 21, 2013.

## ORDER

This Court having considered the Joint Petition for Reprimand by Consent filed herein pursuant to Maryland Rule 16–772, it is this 21st day of October, 2013,

ORDERED, by the Court of Appeals of Maryland, that Tabatha Karina Cuadra, Respondent, is hereby reprimanded for professional misconduct in violation of Rules 7.1(a) and 8.1(b) of the Maryland Lawyers' Rules of Professional Conduct and Md.Code Ann., Bus. Occ. & Prof. § 10.605.2(d), (e) and (h).